COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re D. Houston, Inc. D/B/A Treasures

Appellate case number:      01-18-00894-CV

Trial court case number:    2017-71771

Trial court:                133rd District Court of Harris County

On October 9, 2018, relator, D. Houston, Inc. D/B/A Treasures, filed a petition for writ of mandamus and an emergency motion to stay pending mandamus, requesting that we stay the underlying proceedings. We grant relator's emergency motion to stay the underlying proceedings. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted. Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

Further, the Court requests that the real parties in interest respond to the petition for writ of mandamus. It is **ordered** that the response of any interested party, if any, shall be due no later than 20 days from the date of this order.

It is so ORDERED.

Judge's signature: /s/ Sherry Radack
           ☒ Acting individually     ☐ Acting for the Court

Date: October 11, 2018